| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| LAW OFFICE OF BRIAN NOMI<br>By: Brian Nomi (State Bar #203059)<br>215 E. Daily Dr., Suite 28<br>Camarillo, California 93010<br>(805) 444-5960<br>(805) 357-5333 (fax); E-Mail: briannomi@yahoo.com<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Alireza Samimi | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Steven Q. To | CHAPTER: 13 |
|---|---|
| | CASE NO.: 9:10–bk–14851–RR |
| | DATE: 10/20/10<br>TIME: 9:00 AM<br>CTRM: 201<br>FLOOR: Second |
| Debtor(s). | |

# NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l) (with supporting declarations)
**(MOVANT:** Alireza Samimi **)**
**(Unlawful Detainer)**

1. NOTICE IS HEREBY GIVEN to the Debtor(s), Debtor's(s') attorney, and other interested parties ("Responding Party") that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay or for an order confirming that the automatic stay does not apply as to Debtor(s) and Debtor's(s') bankruptcy estate on the grounds set forth in the attached Motion.

   ☐ NOTICE IS ALSO GIVEN to the Trustee as an additional Responding Party, because the Motion relates to a nonresidential property.

2. **Hearing Location:**  ☐ **255 East Temple Street, Los Angeles**    ☐ **411 West Fourth Street, Santa Ana**
   ☐ **21041 Burbank Boulevard, Woodland Hills**    ☒ **1415 State Street, Santa Barbara**
   ☐ **3420 Twelfth Street, Riverside**

3. a. ☐ This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of the Motion.

   b. ☒ This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:

   ☒ at the hearing    ☐ at least _____ court days before the hearing.

   (1) ☒ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).

   (2) ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court and such motion and order have been or are being served upon the debtor and trustee, if any.

   (3) ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*  F 4001-1M.UD

Motion for Relief from Stay (Unlawful Detainer) - *Page 2 of* __14__    **F 4001-1M.UD**

| In re<br>Steven Q. To | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NO.: 9:10–bk–14851–RR |

4. You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1M.RES)*, or you may prepare your response using the format required by Local Bankruptcy Rule 1002-1.

5. If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: 10/2/10

Law Office of Brian Nomi
*Print Law Firm Name (if applicable)*

Brian Nomi
*Print Name of Individual Movant or Attorney for Movant*

*Signature of Individual Movant or Attorney for Movant*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1M.UD**

Motion for Relief from Stay (Unlawful Detainer) - *Page 3 of* 14            F 4001-1M.UD

| In re<br>Steven Q. To | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NO.: 9:10–bk–14851–RR |

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY
## (Unlawful Detainer)

**(MOVANT:** Alireza Samimi **)**

1. **The Property at Issue:** Movant moves for relief from the automatic stay to obtain possession of the residential or nonresidential premises at the following address (the "Property"):

    *Street Address:* 1011 Briana Circle
    *Apartment/Suite No.:*
    *City, State, Zip Code:* Oxnard, CA 93030

    **The Property is:**   ☒ Residential    ☐ Nonresidential

2. **Case History:**

    a.  ☒ A voluntary  ☐ An involuntary  petition under Chapter  ☐ 7  ☐ 11  ☐ 12  ☒ 13
        was filed on *(specify date)*: 9/21/10

    b.  ☐ An Order of Conversion to Chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13
        was entered on *(specify date)*:

    c.  ☐ Plan was confirmed on *(specify date)*:

    d.  ☐ Other bankruptcy cases of the Debtor were pending within the year ending on the petition date. See attached Declaration.

    e.  ☐ Other bankruptcy cases affecting this Property have been pending within the two years ending on the petition date. See attached Declaration.

3. **Grounds for Relief from Stay:** (*Check all that apply*)

    a.  ☒ Pursuant to 11 U.S.C. § 362(d)(1), cause exists because, as of petition date, Debtor(s) had no right to continued occupancy of the premises, as follows:

    (1) ☐ An unlawful detainer judgment in favor of Movant was entered prepetition.

      A. ☐ The debtor has not filed with the petition and served on the Movant the certification required under 11 U.S.C. § 362(l)(1).

      B. ☐ The debtor or adult dependent of debtor has not deposited with the Clerk any rent that would become due during the 30-day period after the filing of the petition.

      C. ☐ The debtor or adult dependent of debtor has not filed and served on the Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.

      D. ☐ The Movant has filed and served an objection to the certification referenced in (a)(1)(A) and/or (a)(1)(C) above. A copy of the objection is attached hereto as Exhibit _____. A hearing on this objection is set for: _____.

    (2) ☒ An unlawful detainer proceeding was commenced prepetition.

    (3) ☒ Movant acquired title to the premises by foreclosure sale prepetition and recorded the deed within the period provided by state law for perfection.

    (4) ☐ Movant acquired title to the premises by foreclosure sale postpetition and recorded the deed within the period provided by state law for perfection.

    (5) ☒ The lease or other right of occupancy expired by its terms prepetition.

    (6) ☐ The lease has been rejected or deemed rejected by operation of law.

    (7) ☐ Lease payments have not been made since the filing of the petition.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                                    F 4001-1M.UD

Motion for Relief from Stay (Unlawful Detainer) - *Page 4 of* 14    **F 4001-1M.UD**

| In re<br>Steven Q. To | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NO.: 9:10–bk–14851–RR |

    (8) ☐ An eviction action has been filed to obtain possession of the subject residential property on grounds of endangerment of the property **or** because of illegal use of controlled substances on the property and Movant has filed and served upon Debtor a certification that ☐ such an action was filed or ☐ that within the 30 days preceding the certification Debtor has endangered the subject property or illegally allowed the use of controlled substances on the property. A copy of Movant's certification is attached as Exhibit _____. Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of Debtor's objection, if any, is attached as Exhibit _____. A hearing on this objection is set for: _____.

  b. ☒ Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) has/have no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary to an effective reorganization.

  c. ☒ The bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.

    (1) ☐ Movant is the only creditor or one of very few creditors listed on the master mailing matrix.

    (2) ☐ Other bankruptcy cases have been filed asserting an interest in the same property.

    (3) ☒ The Debtor(s) filed what is commonly referred to as a "face sheet" filing of only a few pages consisting of the Petition and a few other documents. No Schedules or Statement of Affairs (or Chapter 13 Plan, if appropriate) has been filed.

4. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*

  ☒ Movant submits the attached Unlawful Detainer Declaration to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.

  ☐ Other Declaration(s) are also attached in support of this Motion.

**WHEREFORE, Movant prays that this Court issue an Order granting the following** *(specify forms of relief requested)***:**

1. ☒ Termination of the stay to allow Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to obtain possession of the Property.

2. ☐ Annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as set forth in the attached Declaration(s).

3. ☐ An order confirming that the automatic stay does not apply.

4. ☐ Alternatively, if immediate relief from stay is not granted with respect to the Property because the Property is the subject of a lease that may be assumable:

  a. Establishment of a deadline for assumption or rejection of the lease.

  b. Adequate protection in the form of regular payments at the lease rate from petition date until assumption or rejection of the lease.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                   **F 4001-1M.UD**

Motion for Relief from Stay (Unlawful Detainer) - *Page 5 of* __14__    **F 4001-1M.UD**

| In re<br>Steven Q. To | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NO.: 9:10–bk–14851–RR |

5. Additional provisions requested:

   a. ☒ That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

   b. ☐ Termination or modification of the Co-debtor Stay of 11 U.S.C. § 1201 or § 1301 as to the above-named co-debtor, on the same terms and conditions.

   c. ☒ That the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived.

   d. ☐ That Extraordinary Relief be granted as set forth in the Attachment *(attach Optional Court Form F 4001-1M.ER)*.

   e. ☐ For other relief requested, see attached continuation page.

Dated: 10/2/10

Respectfully submitted,

Alireza Samimi_____
*Movant Name*

 Law Office of Brian Nomi_____
*Firm Name of Attorney for Movant (if applicable)*

By: _____[signature]_____
*Signature*

Name: _Brian Nomi_____
*Typed Name of Individual Movant or Attorney for Movant*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1M.UD**

Motion for Relief from Stay (Unlawful Detainer) - *Page 6 of* __14__     F 4001-1M.UD

| In re | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| Steven Q. To | Debtor(s). | CASE NO.: 9:10–bk–14851–RR |

## UNLAWFUL DETAINER DECLARATION
### (MOVANT: Alireza Samimi )

I, Alireza Samimi                                  , declare as follows:
*(Print Name of Declarant)*

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the residential or nonresidential real property that is the subject of this Motion ("Property") because:

   ☒ I am the Movant and owner of the Property.

   ☐ I manage the Property as the authorized agent for the Movant.

   ☐ I am employed by Movant as *(state title and capacity)*:

   ☐ Other *(specify)*: I have personal knowledge of the records supplied to me by Mr. Singh, and of the pleadings on file with the

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the rental of this Property. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

3. The address of the Property that is the subject of this Motion is:

   *Street Address:* 1011 Briana Circle
   *Apartment/Suite No.:*
   *City, State, Zip Code:* Oxnard, CA 93030

4. Movant is the legal owner of the Property, or the owner's legally authorized agent. A true and correct copy of the Trustee's Deed upon Sale, lease, rental agreement, or other document evidencing Movant's interest in the Property is attached as Exhibit _____. A true and correct copy of any applicable document establishing Movant's authority as agent for the owner is attached as Exhibit _____.

5. The Property is:  ☒ residential property   ☐ nonresidential property
   a. Debtor(s) occupies the Property
      ☐ on a month-to-month tenancy                    ☐ pursuant to a lease that is in default
      ☒ after a foreclosure sale on: 8/16/10           ☐ other *(specify)*:
   b. ☐ Debtor(s) has/have failed to pay the monthly rent of $_____ since the following date *(specify date)*: 8/1/09
   c. ☐ In addition, Debtor(s) has/have failed to pay other obligations under the lease, including the following (*See attached continuation page for itemization*):
      (1) ☐ Common area maintenance charges
      (2) ☐ Property taxes
      (3) ☐ For additional obligations, see attached continuation page.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                         F 4001-1M.UD

Motion for Relief from Stay (Unlawful Detainer) - *Page 7 of* 14           F 4001-1M.UD

| In re<br>Steven Q. To | (SHORT TITLE)<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NO.: 9:10–bk–14851–RR |
|---|---|---|

6. Debtor's(s') bankruptcy petition in this case was filed on *(specify date)*: 9/21/10

7. Procedural status *(indicate all that apply, and provide dates for completed steps)*:

   a. ☒ Movant caused a Notice to Quit to be served upon the Debtor(s) on *(specify date)*: 9/2/10
      A true and correct copy of which is attached hereto as Exhibit  A  

   b. ☒ Before the filing of the petition, Movant had commenced an unlawful detainer proceeding in state court and completed the following:

      (1) ☒ Movant filed a Complaint for Unlawful Detainer against the Debtor(s) on *(specify date)*: 9/7/10 , a true and correct copy of which is attached as Exhibit  B  .

      (2) ☐ Trial was held on *(specify date)*:

      (3) ☐ An Unlawful Detainer Judgment against the Debtor(s) was entered on the Complaint for Unlawful Detainer on *(specify date)*: _____, a true and correct copy of which is attached as Exhibit _____.

      (4) ☐ A Writ of Possession for the Property was issued by the state court on *(specify date)*: _____, a true and correct copy of which is attached as Exhibit _____.

      (5) ☒ The Debtor has not filed with the petition and served on the Movant the certification required under 11 U.S.C. § 362(l)(1).

      (6) ☐ The Debtor or adult dependent of Debtor has not deposited with the Clerk any rent that would become due during the 30-day period after the filing of the petition.

      (7) ☐ The debtor or adult dependent of debtor has not filed and served on the Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.

      (8) ☐ Movant has filed and served an objection to Debtor's certification referenced in paragraph (5) and/or (7) above, a copy of which is attached hereto as Exhibit _____. A hearing on this objection is set for: _____.

      (9) ☐ An eviction action has been filed to obtain possession of the Property on grounds of endangerment of the Property or because of illegal use of controlled substances on the Property and Movant has filed a certification that ☐ such action was filed or ☐ that Debtor has endangered the subject property within 30 days preceding the certification or allowed the illegal use of controlled substances on the Property. A copy of Movant's certification is attached hereto as Exhibit _____. Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of Debtor's objection, if filed, is attached hereto as Exhibit _____. A hearing on this objection is set for: _____.

   c. ☐ The lease was rejected on _____ *(date)*:

      (1) ☐ by operation of law.

      (2) ☐ by Order of the Court.

   d. ☐ The regular lease payments have not been made since the filing of the petition.

8. ☒ Debtor(s) has/have no equity in the Property because Debtor(s) does/do not have a lease interest that could be assumed or assigned under 11 U.S.C. § 365.

9. ☒ The Property is not necessary to an effective reorganization because *(specify)*:

   a. ☒ The Property is residential and is not producing income for the Debtor(s).

   b. ☐ The Property is commercial, but no reorganization is reasonably in prospect.

   c. ☐ Other *(specify)*:

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                   F 4001-1M.UD

Motion for Relief from Stay (Unlawful Detainer) - *Page 8 of* 14      **F 4001-1M.UD**

| In re<br>Steven Q. To | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NO.: 9:10-bk-14851-RR |

10. [X] The bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.

   a. ☐ Movant is the only creditor or one of very few creditors listed on the master mailing matrix.

   b. ☐ Other bankruptcy cases have been filed asserting an interest in the same property.

   c. [X] The Debtor(s) filed what is commonly referred to as a "face sheet" filing of only a few pages consisting of the Petition and a few other documents. No Schedules or Statement of Affairs (or Chapter 13 Plan, if appropriate) has been filed.

   d. ☐ Other *(specify)*:

11. ☐ Other bankruptcy cases that have prevented Movant from recovering possession of this Property include the following:

   a. Case Name:
      Case Number:              Chapter:
      Date Filed:               Date Dismissed:
      Relief from stay re this Property    ☐ was    ☐ was not  granted.

   b. Case Name:
      Case Number:              Chapter:
      Date Filed:               Date Dismissed:
      Relief from stay re this Property    ☐ was    ☐ was not  granted.

   c. ☐ See attached continuation page for more information about other cases.

12. ☐ Movant seeks annulment of the automatic stay so that the filing of the bankruptcy petition does not affect any and all of the actions set forth in paragraph 7 that were taken after the filing of the bankruptcy petition in this case.

   a. ☐ These actions were taken by Movant without knowledge of the bankruptcy filing, and Movant would have been entitled to relief from stay to proceed with these actions.

   b. ☐ Although Movant knew about the bankruptcy filing, Movant had previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting this Property as set forth in paragraph 11 above.

   c. ☐ For other facts justifying annulment, see attached continuation page.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on** Oct. 2_____, 2010_, at Camarillo, CA_____ *(city, state)*.

Alireza Samimi_____                    [signature]_____
*Print Declarant's Name*                               *Signature of Declarant*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                    **F 4001-1M.UD**

Sep 02 10 07:50p   Samimi                               (805)491-6018        p.2
Case 9:10-bk-14851-RR   Doc 12   Filed 10/09/10   Entered 10/09/10 16:46:35   Desc
                        Main Document    Page 9 of 19

EXHIBIT A

# THREE DAY NOTICE TO QUIT

[Ca. Code of Civ. Proc. § 1161a(b)(3)]

To:   STEVEN Q. TO and all other persons who are in possession of and occupy the real property located at:

Premises: 1011 Briana Circle, Oxnard CA 93030

YOU ARE HEREBY NOTIFIED that the real property and improvements thereon commonly known as 1011 Briana Circle, Oxnard CA 93030 ("the Property") have been sold to Samimi Family Trust at a non-judicial foreclosure sale in accordance with Cal. Civ. Code §§ 2924 et seq. under the power of sale contained in that certain Deed of Trust executed by STEVEN Q. TO, as trustors, and recorded on February 28, 2008 as Instrument No. 20080228-00028076-0 in the Office of the Ventura County Recorder. The new owner's title has been duly perfected by Trustee's Deed Upon Sale recorded in the Office of the VENTURA County Recorder.

YOU ARE FURTHER NOTIFIED that your occupancy of the Property shall terminate effective THREE (3) CALENDAR DAYS following the service of this Notice upon you.

WITHIN THREE (3) CALENDAR DAYS following service of this Notice, you must vacate and surrender possession of the Property to the undersigned, or legal proceedings will be immediately commence to declare your occupancy forfeited, to obtain restitution and possession of the property and to obtain a money judgment against you for damages and court costs.

**PLEASE NOTE:   California Penal Code Section 594 reads: "Every person who maliciously commits any of the following acts [defacing, damaging, or destroying] . . . to any real or personal property not his or her own . . . is guilty of vandalism."

Dated: 9-2-2010

Alireza Samimi
Trustee of the Samimi Family Trust

Direct All Inquires to:
Alireza Samimi
8684 Santa Rosa Road
Camarillo CA 93012

Phone: (805)231-5621

Sep 07 10 12:00p    Samimi                    (805)491-6918                    p.6
Case 9:10-bk-14851-RR    Doc 12    Filed 10/09/10    Entered 10/09/10 16:46:35    Desc
Main Document    Page 10 of 19

EXHIBIT B

```
 1  Yousef Monadjemi    CSBN: 231158
    LAW OFFICES OF YOUSEF MONADJEMI
 2  15915 Ventura Boulevard
    Penthouse Two
 3  Encino CA 91436
    T: 818.386.9536       F: 818.386.9537
 4
 5  Lawyers for Plaintiff Alireza Samimi, trustee of the Samimi Family Trust
```

VENTURA
SUPERIOR COURT
FILED
SEP 0 7 2010
MICHAEL D. PLANET
Executive Officer and Clerk
By _____M. SOTO_____, Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF VENTURA

56-2010-00380798-CL-UD-VTA

| | |
|---|---|
| ALIREZA SAMIMI, TRUSTEE OF THE SAMIMI FAMILY TRUST, | CASE NO. _____ |
| Plaintiff(s) | COMPLAINT FOR UNLAWFUL DETAINER |
| vs. | (DEMAND UNDER $10,000.00) |
| STEVEN Q. TO, and DOES 1 TO 20, inclusive, | [Cal. Code of Civ. Pro. § 1161a(b)(3)] |
| Defendants. | |

Plaintiff Alireza Samimi, trustee of the Samimi Family Trust alleges the following against the defendants Steven Q. To, and DOES 1 through 20, inclusive,:

1.  Plaintiff Alireza Samimi, trustee of the Samimi Family Trust is the current owner of certain real property and improvements thereon commonly known as 1011 Briana Circle, Oxnard CA 93030 following a sale after a non-judicial foreclosure sale held in accordance with California Civil Code §§ 2924 et seq. Plaintiff's title was duly perfected by Trustee's Deed Upon Sale recorded on August 30, 2010 as Instrument No. 20100830-00129365-0 in the Office of the Ventura County Recorder, a true and correct copy of which is attached hereto as Exhibit "1" and incorporated herein by this reference.

COMPLAINT FOR UNLAWFUL DETAINER

1

2. Defendant, Steven Q. To, is the current occupant of the real property and was the original trustor under the foreclosed deed of trust or the successor-in-interest to such original trustor and the last vested owner of record as of the foreclosure sale date.

3. The true names and capacities, whether individual, corporate, associate or otherwise of defendants named herein as DOES 1 through 20, and of each of them, are unknown to plaintiff who therefore sues said defendants by their fictitious names as allowed by California Code of Civil Procedure § 474. Plaintiff asks leave of the court to amend its complaint to include the true names and capacities of said defendants when the same have been ascertained.

4. Plaintiff is informed and believes and based thereon alleges that each defendant sued herein as Doe 1 through 20, inclusive, claims a possessory interest in the real property hereafter described as a tenant or successor-in-interest to the former owner.

5. On September 2, 2010, Defendant, Steven Q. To, was duly served in the manner prescribed by Cal. Code of Civ. Pro. § 1162 with written notice demanding that defendant surrender possession of the real property to plaintiff not later than three days following service of said written notice. True and correct copies of said written notice with corresponding proof of service are attached hereto as Exhibits "2" and "3", respectively, and incorporated herein by this reference.

6. More than three days have elapsed since the service of said written notice, but defendants have failed and refused to surrender possession of said real property and continue to occupy the real property without plaintiff's authorization or consent.

7. The fair and reasonable rental value of the real property is $50.00 per day. Plaintiff is entitled to recover a money judgment against defendants for their continued occupancy of the real property at this daily rate from and after expiration of the notice to quit through the date of judgment.

8. Plaintiff is entitled to restitution and possession of the real property from defendants named herein pursuant to California Code of Civil Procedure §§ 1161a(b)(3) and therefore requests a judgment enforceable by any authorized law enforcement agency.

COMPLAINT FOR UNLAWFUL DETAINER

2

WHEREFORE, plaintiff prays judgment as follows:

1. For judgment awarding plaintiff restitution and possession of the real property;
2. For monetary damages according to proof;
3. For costs of suit incurred herein;
4. For such other further relief as the court deems proper.

Dated: September 7, 2010

LAW OFFICES OF YOUSEF MONADJEMI

_____
Yousef Monadjemi, Esq.
Lawyers for Plaintiff Alireza Samimi, trustee of the Samimi Family Trust

COMPLAINT FOR UNLAWFUL DETAINER

3

# VERIFICATION

STATE OF CALIFORNIA, COUNTY OF VENTURA

**Alireza Samimi, trustee of the Samimi Family Trust v. Steven Q. To, Et Al.**

CASE NO.

[X] I am a party to this action.

[ ] I am ___ an Officer ___ a Partner ___ an Agent ___ the Guardian of a party to this action. I am authorized to make this verification on behalf of that party.

[ ] I am one of the lawyers for a party to this action. Such party is absent from the county where the party's lawyers have their offices. I make this verification for the reason of the party's absence.

I have read the foregoing:

| DISCOVERY | OTHER |
|---|---|
| [ ] Responses to Form Interrogatories | [ ] Complaint |
| [ ] Responses to Special Interrogatories | [X] Unlawful Detainer Complaint |
| [ ] Responses to Supplemental Interrogatories | [ ] Answer |
| [ ] Responses to Request For Admissions | [ ] Petition |
| [ ] Responses to Demand For Inspection and Production of Documents | |

I know its contents.

[X] The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe, them to be true.

[ ] I am informed and believe that the matters stated in the foregoing document are true and upon that ground I make this verification.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I have executed this verification at Camarillo, California.

Dated: 9/7/2010

Alireza Samimi
Trustee of the Samimi Family Trust

VERIFICATION

RECORDING REQUESTED BY
RECONTRUST COMPANY
AND WHEN RECORDED MAIL TO:

SEYED SAMIMI
8684 SANTA ROSA ROAD

CAMARILLO, CA 93012
Forward Tax Statements to Address listed above

20100830-00129365-0 1/3
Ventura County Clerk and Recorder
MARK A. LUNN
08/30/2010 09:55:22 AM
445351 $332.85 ZA

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS No. 10-0035433
Title Order No. 10-8-139879

# TRUSTEE'S DEED UPON SALE

APN#    215-0-212-175    TRANSFER TAX: $ 311.85

The Grantee herein was not the beneficiary
The amount of the unpaid debt was $ 350,630.65
The amount paid by the Grantee was $ 283,100.00
The property is in the city of OXNARD, County of VENTURA

RECONTRUST COMPANY, N.A., as the duly appointed Trustee (or successor Trustee or substituted Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without covenant or warranty to:

SAMIMI FAMILY TRUST

herein called Grantee, the following described real property situated in VENTURA County, California:

SEE ATTACHED LEGAL DESCRIPTION

This conveyance is made pursuant to the powers conferred upon Trustee by the Deed of Trust executed by STEVEN Q TO, A MARRIED MAN AS HIS SOLE & SEPARATE PROPERTY, as Trustor, recorded on 02/28/2008, Instrument Number 20080228-00028076-0 ( or Book , Page ) Official Records in the Office of the County Recorder of VENTURA County.

All requirements of law regarding the recording and mailing of copies of the Notice of Default and Election to Sell, and the recording, mailing, posting, and publication of the Notice of Trustee's Sale have been complied with.

TS No. 10-0035433
Title Order No. 10-8-139879

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 08/16/2010. Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $ 283,100.00.

DATE:    August 16, 2010                                RECONTRUST COMPANY, N.A.

                                                        BY: _____BP_____
                                                            B. P. Flores, Assistant Secretary

State of California        }
County of Ventura          }

On __AUG 2 4 2010__ before me, ____MICHELLE I. MILLER____, notary public, personally appeared __B.P. Flores__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature ____Michelle____ (Seal)
            MICHELLE I. MILLER

[Notary Seal:
MICHELLE I. MILLER
COMM. #1836833
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 15, 2013]

Form trstcedeed (01/09)

EXHIBIT A

LEGAL DESCRIPTION

REF. NO. 10-35433

A CONDOMINIUM COMPRISED OF:

PARCEL 1:

AN UNDIVIDED 1/10TH FEE SIMPLE INTEREST AS A TENANT IN COMMON IN AND TO THE "COMMON AREA" OF PHASE 4, AS SHOWN ON THE CONDOMINIUM PLAN FOR PHASE 4 OF LOT NO. 1 OF TRACT NO. 5198-2, FILED IN BOOK 142, PAGES 96 AND 97, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, COUNTY OF VENTURA, STATE OF CALIFORNIA, WHICH CONDOMINIUM PLAN WAS RECORDED MAY 16, 2001, AS INSTRUMENT NO. 2001-0089066 OF OFFICIAL RECORDS OF VENTURA COUNTY, CALIFORNIA

EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST IN AND ALL THE OIL, GAS, AND OTHER HYDROCARBON SUBSTANCES AND MINERALS LOCATED IN AND UNDER SAID LAND, AS SET FORTH IN INSTRUMENT RECORDED DECEMBER 24, 1956 IN BOOK 1469, PAGE 248 OF OFFICIAL RECORDS.

PARCEL 2:

UNIT NO. 56 OF "PHASE 4", CONSISTING OF CERTAIN AIRSPACE AND SURFACE ELEMENTS, AS SHOWN AND DESCRIBED IN SAID CONDOMINIUM PLAN FOR PHASE 4 OF LOT NO. 1 OF TRACT NO. 5198-2.

PARCEL 3:

NONEXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE, ENJOYMENT, DRAINAGE, ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THE DECLARATION.

IN THE ISSUANCE OF ANY FURTHER EVIDENCE OF TITLE THE LEGAL DESCRIPTION SHOWN IN THIS GUARANTEE SHOULD BE USED IN PLACE OF THAT SHOWN ON THE ABOVE MENTIONED DEED OF TRUST AND NOTICE OF DEFAULT.

# THREE DAY NOTICE TO QUIT

[Ca. Code of Civ. Proc. § 1161a(b)(3)]

To: STEVEN Q. TO and all other persons who are in possession of and occupy the real property located at:

Premisses: 1011 Briana Circle, Oxnard CA 93030

YOU ARE HEREBY NOTIFIED that the real property and improvements thereon commonly known as 1011 Briana Circle, Oxnard CA 93030 ("the Property") have been sold to Samimi Family Trust at a non-judicial foreclosure sale in accordance with Cal. Civ. Code §§ 2924 et seq. under the power of sale contained in that certain Deed of Trust executed by STEVEN Q. TO, as trustors, and recorded on February 28, 2008 as Instrument No. 20080228-00028076-0 in the Office of the Ventura County Recorder. The new owner's title has been duly perfected by Trustee's Deed Upon Sale recorded in the Office of the VENTURA County Recorder.

YOU ARE FURTHER NOTIFIED that your occupancy of the Property shall terminate effective THREE (3) CALENDAR DAYS following the service of this Notice upon you.

WITHIN THREE (3) CALENDAR DAYS following service of this Notice, you must vacate and surrender possession of the Property to the undersigned, or legal proceedings will be immediately commence to declare your occupancy forfeited, to obtain restitution and possession of the property and to obtain a money judgment against you for damages and court costs.

**PLEASE NOTE: California Penal Code Section 594 reads: "Every person who maliciously commits any of the following acts [defacing, damaging, or destroying] . . . to any real or personal property not his or her own . . . is guilty of vandalism."

Dated: 9-2-2010

_____
Alireza Samimi

Trustee of the Samimi Family Trust

Direct All Inquires to:
Alireza Samimi
8684 Santa Rosa Road
Camarillo CA 93012

Phone: (805)231-5621

OWNER: *Alireza Samimi, trustee of the Samimi Family Trust*
OCCUPANT: *Steven Q. To*
PREMISES: *1011 Briana Circle, Oxnard CA 93030*

1. I declare that at the time of service I was at least 18 years of age and residing/employed in the County of Los Angeles.

2. I served true and correct copies of the following notices:

[X] **3-Day Notice**   [ ] **30-Day Notice**   [ ] **Notice of Abandonment**

3. I served the Notice as follows:

   a. [ ] *(Individual Tenants)* By personally delivering the copies to the tenant _____ on _____ at _____.

   b. [ ] *(Entity Tenants)* By personally delivering the copies to _____ the person authorized to accept service of process of behalf of the entity tenant _____ on _____, 2010 at _____.

   c. [ ] By leaving the copies with _____, a person of suitable age and discretion, on _____, 2010, at the tenant's [ ] residence [ ] business, **AND** mailing a copy to the tenant at tenant's place of residence on _____, 2010.

   d. [X] By posting a copy of the notice in a conspicuous place on the premises on September 2, 2010, ( [ ] and giving a copy to a person found residing at the premises), **AND** mailing a copy to the tenants at 1011 Briana Circle, Oxnard CA 93030 on September 2, 2010.

       1. [X] Because the tenant's residence and usual place of business could not be found.
       2. [X] Because no person of suitable age and discretion could be found for proper service.

   e. [ ] *(Not for 3-Day Notice, Alternate Method for 30-Day or Abandonment Notices)* By sending copies by certified or registered mail addressed to the tenant on _____, 2010.

   f. [ ] *(Not for Residential Tenancies)* By the manner specified in the written commercial lease between the landlord and the tenant.

4. [ ] _____ was served as a co-tenant and on behalf of all other tenants who signed a joint written rental agreement.

5. Person Serving:   Alireza Samimi, 8684 Santa Rosa Road, Camarillo CA 93012.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Camarillo, California.

Dated: September 2, 2010

*Alireza Samimi*

**PROOF OF SERVICE OF NOTICE**

Motion for Relief from Stay (unlawful Detainer) Page 9 of 14    F 4001-1M.UD

| In re<br>Steven Q. To | (SHORT TITLE)<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NO.: 9:10–bk–14851–RR |
|---|---|---|

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
215 E. Daily Dr. #28, Camarillo, CA 93010

A true and correct copy of the foregoing document described as  NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY (Amended)  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On  10/4/10  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
United States Trustee (ND), ustpregion16.nd.ecf@usdoj.gov
Elizabeth (ND) F Rojas (Ch. 13 TR), cacb_ecf_nd@ch13wla.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  10/4/10  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Gary L Harre
Law Office of Gary Harre and Associate
1940 W. Orangewood Ave. Ste 110
Orange, CA 92868

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  10/4/10  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

On Oct. 2, 2010, I delivered a copy of this Notice of Motion and Motion by personal service on Steven Q. To at his residence at 1334 Indio Lane, Oxnard, CA 93030.  I also provided telephonic notice to Mr. Hare at 714-634-3842 .

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/4/10 | Brian Nomi | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.D

December 2009    **4001-1M.UD**